## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.3
### Eastern Division

Patsy J. Smith
                                  Plaintiff,

v.                                                     Case No.: 1:09−cv−06288
                                                       Honorable Virginia M. Kendall

Viking Collection Service, Inc.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 3, 2009:

      MINUTE entry before the Honorable Virginia M. Kendall: Plaintiff reports settlement telephonically. All matters in controversy having been resolved, this action is dismisssed without prejudice with leave to reinstate by 12/16/2009. If the case has not been reinstated by 12/16/2009, the order of dismissal shall be with prejudice without further order of court.Civil case terminated. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.